DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. EMANUEL

No. 181 PC

Case below: 44 NC App 380

Application by defendant for further review denied 15 August 1980.

## STATE v. FEARING

No. 400 PC

Case below: 48 NC App 329

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 16 September 1980.

## STATE v. FELMET

No. 306 PC

No. 129 (Fall Term)

Case below: 47 NC App 201

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 16 September 1980. Motion of Attorney General to dismiss appeal for lack of public interest allowed 16 September 1980.

## STATE v. FLOWERS

No. 376 PC

Case below: 47 NC App 457

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

## STATE v. FREEMAN

No. 300 PC

Case below: 47 NC App 171

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.